UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                     )<br>     Plaintiff,                              )<br>                                                     )<br>     v.                                           )<br>                                                     )<br> MATTHEW CHASE KEYES,         )<br>                                                     )<br>     Defendant.                            )<br> _____ ) | CASE NO. MJ 10-537<br><br>AMENDED<br>DETENTION ORDER |

<u>Offense charged</u>:     Distribution of Materials Constituting or Containing Child Pornography; Production of Child Pornography

<u>Date of Detention Hearing</u>:   January 10, 2011

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)     An Amended Complaint has been filed in this case, adding the new charge of

Production of Child Pornography, based on a forensic search of a digital device which allegedly resulted in the discovery of video files showing defendant engaging in sexual activity with a minor. The government alleges that efforts had been made to delete the images, but that two videos were able to be restored. The new charge carries a mandatory minimum sentence of 15 years.

(2) The defendant poses a risk of nonappearance due to controlled substance use, association with an alias name, and the fact that the new charge carries a significantly higher mandatory minimum sentence. The defendant poses a risk of danger due to the nature of the instant offense involving alleged active sexual molestation.

(3) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose

of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 10th day of January, 2011.

Mary Alice Theiler
United States Magistrate Judge